# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. B. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DELTA AIR LINES INC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−02178−FLA−DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____          ____

Date Filed         Doc. No.         Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a Guardian Ad Litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17−1. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

Clerk, U.S. District Court

Dated:  March 18, 2024         By:  /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                       Deputy Clerk