**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
Jessica R. Lobis Buckwalter (SBN 199200)
    *Jessica.Buckwalter@lbkmlaw.com*
1050 K St., NW, Ste 400 Washington, DC 20001
Telephone: (202) 833-8900; Facsimile: (202) 466-5738

Adam Kaufmann (*pro hac vice* admission pending)
    *Adam.Kaufmann@lbkmlaw.com*
Li Jiang (SBN 292940)
    *Li.Jiang@lbkmlaw.com*
10 Grand Central, 155 East 44th St., 25th Fl.
New York NY 10017
Telephone: (212) 826-7001; Facsimile: (202) 826-7146

**AGNIFILO LAW GROUP, APC**
Karen Agnifilo (*pro hac vice* admission pending)
    *karen@agnifilolaw.com*
256 5th Avenue, New York, NY 10001
Telephone: (646) 596-2919

**DE CASTRO LAW GROUP, P.C.**
José-Manuel A. de Castro (SBN 213769)
    *jmdecastro@decastrolawgroup.com*
7590 N. Glenoaks Blvd., Suite 201
Los Angeles, CA 91504
Telephone: (310) 270-9877; Facsimile: (310) 341-2330

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DELTA AIR LINES, INC.; BRIAN PATRICK DURNING; and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-02178-FLA-DFM<br><br>**PLAINTIFFS' DISCLOSURE STATEMENT** |

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

In compliance with Federal Rule of Civil Procedure 7.1[1], the undersigned counsel of record for Plaintiffs Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., hereby names and identifies the citizenship of the following individuals whose citizenship are attributed to Plaintiffs:

- Plaintiff Z.B., a minor child of S.S., resides in and is a citizen of Los Angeles County, California.;
- Plaintiff J.B., a minor child of S.S., resides in and is a citizen of Los Angeles County, California
- Plaintiff S.S. is an individual who resides in and is a citizen of Los Angeles County, California.

Dated: March 25, 2024

Respectfully submitted,
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

By: /s/ Jessica Buckwalter
Jessica R. Lobis Buckwalter (SBN 199200)
Adam Kaufmann (*pro hac vice* pending)
Li Jiang (SBN 292940)

**AGNIFILO LAW GROUP, APC**

By: /s/ Karen Agnifilo
Karen Agnifilo (*pro hac vice* pending)

**DE CASTRO LAW GROUP, P.C.**

By: /s/ José-Manuel A. de Castro
José-Manuel A. de Castro (SBN 213769)

*Attorneys for Plaintiffs*

---

[1] Filing this Disclosure Statement shall not be construed as a waiver or as conceding diversity jurisdiction. Plaintiffs deny that diversity jurisdiction exists in this matter. They expressly reserve any and all rights available to them to contest diversity jurisdiction, including the right to file a motion to remand this case back to the Superior Court of the State of California for the County of Los Angeles.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28