# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. B. , et al.<br><br>**PLAINTIFF(S)**<br><br>v.<br><br>DELTA AIR LINES INC , et al.<br><br>**DEFENDANT(S).** | CASE NUMBER:<br><br>2:24−cv−02178−FLA−DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/25/24 | 13 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

*Other Error(s):*

1) MISSING mandatory initials of assigned Judge and Magistrate Judge. Case number is to read as: 2:24cv2178 FLA (DFMx). 2) PLEASE REMOVE THE 23 page complaint from state court.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: March 26, 2024     By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –