# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. B., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DELTA AIR LINES INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–02178–FLA–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___3/25/2024___

Document No.:  ___14___

Title of Document:  ___Notice and Acknowledgment of Service (CV–21) Executed___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Incorrect event selected. Correct event to be used is: Service of summons and complaint executed (21) days

Incorrect event is for ONLY the CV 21 form of which the filing was not. Pdf document had state court case number. MISSING USDC FORMAL TITLE PAGE and its required LR–11–3.8 required filer, attorney, court and case information

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _March 26, 2024_         By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                      Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS