AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian S.S., and S.S., an individual <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELTA AIR LINES, INC.; BRIAN PATRICK DURNING; AND DOES 1 through 5, inclusive <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-02178-FLA (DFMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Brian Patrick Durning, Inmate #07785-510
FCI
5756 HARTFORD & POINTVILLE RD
Fort Dix NJ  08640


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> José-Manuel A. de Castro, De Castro Law Group, P.C., 7509 N. Glenoaks Blvd., Suite 201, Los Angeles, CA 91504; jmdecastro@decastrolawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*