Name and address:

Gregory K. Lee (SBN: 220354)
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>DELTA AIR LINES, INC., et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-02178-FLA-DFM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

**Grace, Kathryn A.**
*Applicant's Name (Last Name, First Name & Middle Initial)*                  check here if federal government attorney ☐

**Wilson Elser Moskowitz Edelman & Dicker, LLP**
*Firm/Agency Name*

**8444 Westpark Drive**                    **703-245-9300**                    **703-245-9301**
**Suite 510**                               *Telephone Number*                  *Fax Number*
*Street Address*

**McLean, VA 22102**                                                           **kathryn.grace@wilsonelser.com**
*City, State, Zip Code*                                                         *E-mail Address*

**I have been retained to represent the following parties:**

| | | |
|---|---|---|
| **Delta Air Lines, Inc.** | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: | |
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: | |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Virginia State Bar | 10/13/2005 | Yes |
| Maryland State Bar | 07/25/2011 | Yes |
| District of Columbia Bar | 02/09/2007 | Yes |
| North Carolina State Bar | 03/02/2018 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  3/19/2024

Kathryn A. Grace
*Applicant's Name (please type or print)*

/s/ Kathryn A. Grace
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Lee, Gregory K.
*Designee's Name (Last Name, First Name & Middle Initial)*

Wilson Elser Moskowitz Edelman & Dicker, LLP
*Firm/Agency Name*

555 South Flower Street
Suite 2900
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-443-5100
*Telephone Number*

213-443-5101
*Fax Number*

gregory.lee@wilsonelser.com
*Email Address*

SBN 22034
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  03/26/24

Gregory K. Lee
*Designee's Name (please type or print)*

*[signature: Gregory Lee]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Section I:

Additional Court Admission for Applicant:

| West Virginia State Bar | Date of Admission: 05/25/2011 | Active Member in Good Standing: Yes |

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **KATHRYN ANNE GRACE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MRS. GRACE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 13, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 22, 2024

DaVida M. Davis
**Director of Regulatory Compliance**

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-fifth day of July, 2011,

## *Kathryn Anne Grace*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the nineteenth day of May, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twentieth day of March, 2024.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Kathryn A Grace

was duly qualified and admitted on February 9, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# NORTH CAROLINA STATE BAR

# Certificate of Good Standing

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

## Kathryn Anne Grace
Bar # 52926

was licensed to practice law by the State of North Carolina on March 2, 2018.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 19th of March, 2024.

*Alice Neece Mine*

Secretary of the North Carolina State Bar



# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Kathryn Anne Grace - WVSB ID# 11543**

This is to certify that, according to the records of the West Virginia State Bar, Kathryn Anne Grace, of McLean, VA, was admitted to practice law by the Supreme Court of Appeals of WV on May 25, 2011.

According to the records of the West Virginia State Bar, as of March 20, 2024, Kathryn Anne Grace is currently an Active Attorney Member in good standing with the West Virginia State Bar.

*Mary Jane Pickens*

**Mary Jane Pickens, Esquire**
**Executive Director**
**The West Virginia State Bar**