# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B. et al<br><br>PLAINTIFF(S)<br><br>v.<br><br>Delta Air Lines Inc et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cv-02178-FLA-DFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 03/26/2024 | 22 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 03/27/2024

By: _____
United States District Judge