José-Manuel A. de Castro
DE CASTRO LAW GROUP, P.C.
7590 N. Glenoaks Blvd., Suite 201, Los Angeles, CA 91504
Tel.: (310) 270-9877; Fax: (310) 341-2330

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>DELTA AIR LINES, INC.; BRIAN PATRICK DURNING; and DOES 1 through 5, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-02178-FLA-DFM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Friedman Agnifilo, Karen P.          of     Agnifilo Law Group, APC
*Applicant's Name (Last Name, First Name & Middle Initial)*          256 5th Avenue,
(646) 596-2919                                                              New York, NY 10001
*Telephone Number*      *Fax Number*
karen@agnifilolaw.com
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

de Castro, José-Manuel A.          of     De Castro Law Group, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*          7590 N. Glenoaks Blvd., Suite 201
213769          (310) 270-9877          (310) 341-2330          Los Angeles, CA 91504
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jmdecastro@decastrolawgroup.com
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated 3/27/24                                   /s/ District Judge Fernando L. Aenlle-Rocha
                                                              **U.S. District Judge**