José-Manuel A. de Castro
DE CASTRO LAW GROUP, P.C.
7590 N. Glenoaks Blvd., Suite 201, Los Angeles, CA 91504
Tel.: (310) 270-9877; Fax: (310) 341-2330

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>DELTA AIR LINES, INC.; BRIAN PATRICK DURNING; and DOES 1 through 5, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-02178-FLA-DFM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kaufmann, Adam S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 826-7001    (212) 826-7146
*Telephone Number*    *Fax Number*

Adam.kaufmann@lbkmlaw.com
*E-Mail Address*

of Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central
155 East 44th St, 25th Fl
New York, NY 10017
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

de Castro, José-Manuel A.
*Designee's Name (Last Name, First Name & Middle Initial)*

213769    (310) 270-9877    (310) 341-2330
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jmdecastro@decastrolawgroup.com
*E-Mail Address*

of De Castro Law Group, P.C.
7590 N. Glenoaks Blvd., Suite 201
Los Angeles, CA 91504
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated 3/27/24

/s/ District Judge Fernando L. Aenlle-Rocha
**U.S. District Judge**