# EXHIBIT 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>De Castro Law Group, P.C.<br>Jose-Manuel de SBN 213769<br>7590 N. Glenoaks Blvd., Suite 201<br>Los Angeles, CA 91504<br>TELEPHONE NO: 310-270-9877   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: jmdecastro@decastrolawgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>STREET ADDRESS: 825 Maple Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Torrance, 90503-5096<br>BRANCH NAME: South West District | |
| PLAINTIFF / PETITIONER: Z.B., et al.<br>DEFENDANT / RESPONDENT: DELTA AIR LINES, INC., et al. | CASE NUMBER:<br>24TRCV00333 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10463213 (22268568) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) Package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [X] Other *(specify documents)*: Order Granting Plaintiffs' Ex Parte Application for Leave to Proceed Under a Pseudonym, Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Assignment, Notice of Case Management Conference
3. a. Party served *(specify name of party as shown on documents served)*:
      DELTA AIR LINES, INC.
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      CSC Lawyers Incorporating Service - Jenn Bautista - Person Authorized to Accept Service of Process
4. Address where the party was served:
   2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833
5. I served the party *(check proper box)*
   a. [X] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Feb 20 2024   (2) at *(time)*: 01:31 PM
   b. [ ] **by substituted service**. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use   PROOF OF SERVICE OF SUMMONS   Page 1 of 2
Judicial Council of California                                         Code of Civil Procedure, § 417.10
POS-010 [Rev. January 1, 2007]

| PLAINTIFF / PETITIONER: Z.B., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: DELTA AIR LINES, INC., et al. | 24TRCV00333 |

5.    c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date)*:        (2) from *(city)*:
      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:    DELTA AIR LINES, INC.
       under the following Code of Civil Procedure section:
       ☒ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)        ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name:    Tyler Di Maria
   b. Address:    1400 N McDowell Blvd, Suite 300, Petaluma, CA  94954
   c. Telephone number:    800-938-8815
   d. **The fee** for service was:    $40.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ a registered California process server:
           (i) ☐ owner    ☐ employee    ☒ independent contractor
           (ii) Registration No:    2006-006
           (iii) County:    Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:    February 20, 2024

Tyler Di Maria
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

(SIGNATURE)