# EXHIBIT 2



Mailing Address: P.O. Box 366 Prince George, VA 23875
Physical Address: 6601 Courts Dr. Suite 160 A Prince George, VA 23875
Phone: 804-733-2690 Fax: 804-733-2739

# PROOF OF NON-SERVICE

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE COUNTY OF PRINCE GEORGE

I am a resident of the United States and employed by Prince George County, Virginia. I am over the age of eighteen (18) years, and not a party to the within action.

On this date I attempted to serve the following documents on the parties in this action.

**CIVIL SUMMONS, ORDER, AND COMPLAINT**

### VIRGINIA RESIDENT RETURN

Attempt of execution in the County of Prince George, State of Virginia, on the 1st day of March, 2024, by attempting to deliver the above mentioned papers attached to each other to <u>Brian Patrick Durgning</u>, who is no longer housed at FCI Petersburg Medium addressed at <u>1060 River Rd North Prince George Va, 23875</u>

_____ D.w. Jolly
Signature of Person Making Service

STATE OF:     **Virginia**
COUNTY OF:    **Prince George,** to wit:
I, _Dana Newmeyer_, a Notary Public for the County and State aforesaid, do certify that _Dep. D. Dalton_, whose name signed to the foregoing return, personally appeared before me this day in my County and State aforesaid, and made oath he was unable to execute the above-mentioned process to the defendant, _Brian Durning_, in person on the _1st_ day of _Mar_, 20_24_, in the County of Prince George, State of Virginia, and that the return made by him is true and correct.

Sworn and subscribed to before me this _1st_ day of _March_, 20_24_

My commission expires: _12-31-2027_

[Notary Seal: DANA MARIE NEWMEYER, NOTARY PUBLIC, REG. #8049902, MY COMMISSION EXPIRES 12/31/2027, COMMONWEALTH OF VIRGINIA]

_____
Notary Public

PGSO 21

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jessica R. Lobis Buckwalter (SBN 199200), Lewis Baach Kaufmann Middlemiss, 1050 K. Street, NW, Washington D.C. 200001<br><br>TELEPHONE NO.: 202-833-8900   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): jessica.buckwalter@lbkmlaw.com<br>ATTORNEY FOR (Name): Plaintiffs Z.B. and J.B., through their guardian, and S.S. | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 825 Maple Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Torrance, 90503
BRANCH NAME: Torrance Courthouse

| PLAINTIFF/PETITIONER: Z.B. and J.B., through their guardian, and S.S.<br>DEFENDANT/RESPONDENT: Delta Air Lines Inc., Brian Patrick Durning and DOES 1-5 | CASE NUMBER:<br>24TRCV00333 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*            (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*            at *(time):*            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*            from *(city):*            or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|


BRIAN PATRICK DURGNING


RECEIVED
PRINCE GEORGE SHERIFF'S DEPT.
FEB 27 2024

POS-010

| PLAINTIFF/PETITIONER: Z.B. and J.B., through their guardian, and S.S. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Delta Air Lines Inc., Brian Patrick Durning and DOES 1-5 | 24TRCV00333 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 3-1-24  • Not served — No longer at FCI Petersburg

D.W. Jolly                                                              ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2