**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
Jessica R. Lobis Buckwalter (SBN 199200)
   *Jessica.Buckwalter@lbkmlaw.com*
1050 K St., NW, Suite 400
Washington, DC 20001
Tele: (202) 833-8900; Fax: (202) 466-5738

Adam Kaufmann (admitted *pro hac vice*)
   *Adam.Kaufmann@lbkmlaw.com*
Li Jiang (SBN 292940)
   *Li.Jiang@lbkmlaw.com*
10 Grand Central, 155 East 44th St., 25th Fl.
New York, NY 10017
Tele: (212) 826-7001; Fax: (202) 826-7146

**AGNIFILO LAW GROUP, APC**
Karen Agnifilo (admitted *pro hac vice*)
   *karen@agnifilolaw.com*
256 5th Avenue
New York, NY 10001
Tele: (646) 596-2919

**DE CASTRO LAW GROUP, P.C.**
José-Manuel A. de Castro (SBN 213769)
   *jmdecastro@decastrolawgroup.com*
7590 N. Glenoaks Blvd., Suite 201
Los Angeles, CA 91504
Tele: (310) 270-9877; Fax: (310) 341-2330

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DELTA AIR LINES, INC., BRIAN PATRICK DURNING, and DOES 1 through 5, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-02178-FLA (DFMx)<br><br>**DECLARATION OF S.S. IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT** |

## DECLARATION OF S.S.

I, S.S., declare as follows:

1. I am a plaintiff in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. I make this declaration in support of Plaintiffs' Motion to Remand Action to State Court.

3. By Orders of the Superior Court of the State of California for the County of Los Angeles dated February 14, 2024, I was appointed Guardian Ad Litem for the minor plaintiffs, Z.B. and J.B., and we were permitted to proceed under pseudonyms.

4. I reside and work in Los Angeles County, California. I have resided in California for almost 35 years, maintain a California driver's license, and am registered to vote in the state.

5. Plaintiff Z.B. and J.B. are my minor children. They both reside with me and my husband in Los Angeles County, California, where they each attend school.

I declare under penalty of perjury of the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed this 11th day of April 2024 in Los Angeles, California.

_____
S.S.