# EXHIBIT 5





