# EXHIBIT 9

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

In reviewing a licensee's information, please be aware that license discipline information may have been removed from a licensee's record pursuant to Business & Professions Code Section 10083.2 (c). However, discipline information may be available from the California Department of Real Estate upon submittal of a request, or by calling the Department's public information line at 1-877-373-4542.

The license information shown below represents public information. It will not reflect pending licensing changes which are being reviewed for subsequent updating. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 3/25/2024 9:11:15 AM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Durning, Brian Patrick |
| **Mailing Address:** | 2044 EL MOLINO AVE<br>ALTADENA, CA 91001 |
| **License ID:** | 02122687 |
| **Expiration Date:** | 05/07/25 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 05/08/21 |
| **Former Name(s):** | NO FORMER NAMES |
| **Responsible Broker:** | License ID: 01978349<br>Factio Group Inc.<br>8255 FIRESTONE BLVD STE 100<br>DOWNEY, CA 90241 |
| **Comment:** | NO DISCIPLINARY ACTION<br><br>NO OTHER PUBLIC COMMENTS<br><br>>>>> Public information request complete <<<< |