# EXHIBIT 10

## Contact

www.linkedin.com/in/brian-durning-0916bb16 (LinkedIn)

## Top Skills

Business Development

# Brian Durning

Commercial Real Estate
Pasadena, California, United States

## Experience

**Keller Williams Realty Downey**
Commercial Real Estate Agent
October 2022 - Present (1 year 6 months)
Downey, California, United States

We use 20 years of Health Club and Studio Experience in being a resource for Client location

**Functional Fitness Products**
Southern California Sales
March 2022 - Present (2 years 1 month)
Los Angeles Metropolitan Area

**DAUM Commercial Real Estate Services**
Commercial Real Estate Agent
August 2021 - September 2022 (1 year 2 months)
Los Angeles, California, United States

**Freemotion Fitness - A Division of ICON Health & Fitness**
Territory Manager
December 2018 - September 2020 (1 year 10 months)

• Responsible for direct revenue in Northern CA, AK, WA, OR

• Established Business with Multi Club operators including California Family Fitness, Fitness SF, and MUV

• Developed a network of dealers to handle vertical markets such as Multi Housing, schools, Police and Fire

• First fiscal year revenue was a 120% increase over the previous year

**True Fitness**
West Coast Regional Sales Manager
May 2015 - October 2018 (3 years 6 months)
Greater Los Angeles Area

• Direct sales increase of 200% in first year of hire.

• Revenue increase of 25% in a 13 state territory via distributor network in first year.

Page 1 of 3

• Responsible for largest single transaction within first six months of hire, for year 2015.
• Opened sales and relationships with many key accounts who previously had ZERO revenue with True.

Self Employed
Self Directed Trade and Investor
2009 - May 2015 (6 years)
New York, NY

• Trade currencies via technical analysis and interpretation of Federal Reserve policies.
• Author of 23 articles that serve as training material for the fxbootcamp.com website.
• Developed a business plan to extract profits through pivots using a 3:1 risk to reward philosophy.
• Currently trade financial markets in equities, options, bonds and futures.

Matrix fitness
Territory Manager
2007 - 2008 (1 year)

• Established a base of business in a previously underrepresented region.
• Promoted new dealer relationships by fostering a partnership approach to their sales process.
• Major New Name Account Development with Gold's Gyms and Snap Fitness.
• Exceeded year 2008 quota.

Commercial Fitness Inc.
Owner
2003 - 2007 (4 years)

• Started a used fitness equipment company, serving accounts throughout the US and Latin America.
• Developed a new flooring supply and installation operation within 6 months of venture undertaking.
• Secured primary dealer relationship with Matrix Fitness and Atlantis Fitness Equipment in Florida.
• 2007 Revenue over one million dollars of new and used equipment sales at a 30% margin.

Life Fitness
Territory Rep

April 1999 - August 2003 (4 years 5 months)
South Florida

• Responsible for direct sales to revenue generating health clubs and YMCAs.
• North American "Achiever of the Year" in 2000 for highest percentage revenue increase in territory.
• Doubled annual territory sales from 1.5 million to 3 million dollars within a three year period.

---

# Education

University of Florida
Bachelor's degree