UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., a minor, and J.B., a minor, by their guardian, S.S., and S.S., an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DELTA AIR LINES, INC. BRIAN PATRICK DURNING; and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-02178-FLA (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT [DKT. 35]** |

On April 12, 2024, Plaintiffs filed a Motion to Remand the Action to State Court pursuant to 28 U.S.C. § 1447(c) on the grounds that the Court lacks subject matter jurisdiction because complete diversity between the parties does not exist. Dkt. 35 ("Motion to Remand").

The court, having considered Plaintiffs Motion to Remand and finding good cause therefor, hereby GRANTS the Motion to Remand (Dkt. 35) and ORDERS as follows:

This Action is REMANDED to the Los Angeles Superior Court, Case Number 24TRCV0333. The Clerk of the Court shall administratively close the case.

**IT IS SO ORDERED.**

Dated: April 12, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge